```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
         CIVIL DOCKET ENTRIES FOR CASE J04-0018--CV (JKS)
            "R. SHELTON WHITE ET AL V GREGORY J. CUSHING E"

         Including terminated parties, excluding terminated counsel
```

```
  Presiding Judge:  The Honorable James K. Singleton, U.S. District Judge
  Magistrate Judge:
    Referral Rule:
            Filed: 07/16/04
           Closed: NO

     Jurisdiction: (4) Diversity (see citizenship of parties)
    PLF Diversity: (2) Citizen of Another State
    DEF Diversity: (1) Citizen of This State

   Nature of Suit: (120) Marine
                   28 USC 1332
           Origin: (1) Original Proceeding
           Demand: 4000
       Filing fee: Paid $150.00 on 07/16/04 receipt # 10096807
         Trial by: Jury
```

Parties of Record:                                Counsel of Record:

| | | |
|---|---|---|
| PLF 1.1 | WHITE, R. SHELTON | James M. Shine<br>Law Office of James M. Shine<br>15904 Glacier Highway<br>Juneau, AK 99801<br>907-789-6166<br>FAX 907-789-2905 |
| PLF 2.1 | BERTINO, KENNETH LEE | James M. Shine<br>(see above) |
| PLF 3.1 | LA MAGIA DEL MAR LLC | James M. Shine<br>(see above) |
| DEF 1.1 | CUSHING, GREGORY JOHN | Steven W. Block<br>Betts Patterson et al<br>One Convention Place, Suite 1400<br>701 Pike Street<br>Seattle, WA 98101-3927<br>206-292-9988<br>FAX     -     - |
| DEF 2.1 | COASTAL CHARTERS | Steven W. Block<br>(see above) |
| DEF 3.1 | CUSHING, DEBRA L. | Steven W. Block<br>(see above) |

```
                 UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                        CIVIL DOCKET ENTRIES FOR CASE J04-0018--CV (JKS)
                         "R. SHELTON WHITE ET AL V GREGORY J. CUSHING E"

                                       For all filing dates


   Presiding Judge:  The Honorable James K. Singleton, U.S. District Judge
   Magistrate Judge:
      Referral Rule:
              Filed: 07/16/04
             Closed: NO

       Jurisdiction: (4) Diversity (see citizenship of parties)
      PLF Diversity: (2) Citizen of Another State
      DEF Diversity: (1) Citizen of This State

     Nature of Suit: (120) Marine
                     28 USC 1332
             Origin: (1) Original Proceeding
             Demand: 4000
         Filing fee: Paid $150.00 on 07/16/04 receipt # 10096807
           Trial by: Jury


 Document #   Filed      Docket text

      1 -  1  07/16/04   Complaint filed; Summons issued.

      1 -  2  07/16/04   PLF 1-3 Jury Demand.

      2 -  1  08/02/04   PLF 1-3 Return of Service Executed on D-1 7/27/04.

      3 -  1  08/02/04   PLF 1-3 Return of Service Executed on D-2 7/27/04.

      4 -  1  08/11/04   DEF 1-3 Attorney Appearance by Steven W. Block.

      5 -  1  08/24/04   DEF 1-3 Answer to Complaint.

      5 -  2  08/24/04   DEF 1-3 Jury Demand.

      6 -  1  08/27/04   JKS Minute Order re: initial case stat rpt/case S&P; Rule 16(b) rpt is
                         due w/i 28 days from svc of this ord. cc: cnsl

      7 -  1  09/24/04   PLF 1-3 Report re: 26(f) meeting w/discovery to close 9/30/05.

      8 -  1  10/21/04   JKS Scheduling and Planning Order setting pretrial ddlns: Original disc
                         09/30/05; dispositive mots ddln 10/31/05; 10 day TBJ estimate. cc: cnsl

      9 -  1  10/22/04   DEF 1-3 Report re: 26(f) mtg held 9/22/04 w/disc to close by 9/30/05.

     10 -  1  11/04/04   PLF 1-3 [Preliminary] Witness List.

     11 -  1  01/11/05   PLF 1-3 Objections to total number of defs' first set of interrogatories
                         and request for production.

     12 -  1  04/07/05   DEF 1-3 motion for summary judgment w/att memo, decl, exh.

     13 -  1  04/08/05   Stipulation and Order ext to 5/4/05 PLF oppo to motion for summary
                         judgment. (12-1) cc: cnsl

     14 -  1  05/04/05   PLF 1-3 opposition to DEF 1-3 motion for summary judgment w/att exh and
                         affidavits. (12-1)
```

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                      CIVIL DOCKET ENTRIES FOR CASE J04-0018--CV (JKS)
                      "R. SHELTON WHITE ET AL V GREGORY J. CUSHING E"

                                    For all filing dates


Document #    Filed      Docket text

    15 -  1   05/04/05   PLF 1-3 Notice of filing fax signatures re: W. Gardner and R.S. White
                         affidavits in support of opposition at 14-1.

    16 -  1   05/09/05   PLF 1-3 Notice of filing original W. Gardner and R. White Affidavits re:
                         PLF opposition to DEF 1-3 motion for summary judgment. (12-1)

    17 -  1   05/12/05   DEF 1-3 reply to opposition to DEF 1-3 motion for summary judgment.
                         (12-1)

    18 -  1   05/16/05   PLF 1-3 Request for Oral Argument re: DEF 1-3 motion for summary
                         judgment. (12-1)

    19 -  1   06/03/05   PLF 1-3 motion to permit supplemental and further affidavits w/att exhs
                         and att/lodged notice and affidavits.

    20 -  1   06/07/05   PLF 1-3 original W. Gardner signed Affidavit re: PLF 1-3 motion to
                         permit supplemental and further affidavits. (19-1)

    21 -  1   06/23/05   DEF 1-3 opposition to PLF 1-3 motion to permit supplemental and further
                         affidavits. (19-1)

    22 -  1   06/28/05   PLF 1-3 [Expert] Witness List.

    23 -  1   07/25/05   PLF 1-3 Notice of Filing Bankruptcy by DEF 1,3 w/att exh.

    23 -  2   07/25/05   PLF 1-3 motion for ext of dscvy ddln of 9/30/05 & request for new trial
                         date after January 15, 2006 w/att exh.

    23 -  3   07/25/05   PLF 1-3 Notice of defs' not appearing at depositons set for 7/27/05 &
                         7/28/05 w/att exh.

    24 -  1   08/03/05   JKS Minute Order denying motion for summary judgment (12-1); staying
                         motion to permit supplemental and further affidavits (19-1), motion for
                         ext of dscvy ddln of 9/30/05 & request for new trial date after ja
                         (23-2); matter stayed; S&P order at doc #8 is VACATED; status report due
                         11/18/05. cc: cnsl

    25 -  1   08/04/05   JKS Minute Order denying as moot motion to permit supplemental and
                         further affidavits (19-1). cc: cnsl

    26 -  1   11/04/05   PLF 1-3; DEF 1-3 Scheduling and Planning Conference Report.
```