FILED
DEC 2 2 2005
UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By_____Deputy

## MINUTES OF THE UNITED STATES DISTRICT COURT
## DISTRICT OF ALASKA

*White, et al. v. Cushing*
Case No. J04-0018 CV (JKS)

| | |
|---|---|
| By: | THE HONORABLE JAMES K. SINGLETON |
| Deputy Clerk: | Dan Maus, Case Management: 677-6123* |
| PROCEEDINGS: | ORDER FROM CHAMBERS |

   The Court is in receipt of the scheduling and planning report at Docket No. 26. This case is stayed pending further action by the Bankruptcy Court regarding lifting the stay. At the request of the parties, the Court will modify the scheduling and planning order of October 21, 2004, at Docket No. 8 and stay the pending deadlines. The Court, however, requires that the parties meet and confer and inform the Court in a status report to be filed by counsel for Plaintiff after consulting with counsel for the other parties regarding the status of the motion to lift the stay. The status report shall be filed either within seven days of the issuance of an order of the Bankruptcy Court lifting the stay, or Monday, March 6, 2006, whichever first occurs. If the stay is lifted, any party may, after consulting with the other parties, move to reinstate the scheduling and planning order with modified dates.

   **IT IS SO ORDERED.**

Entered at the direction of the Honorable James K. Singleton, United States District Judge.

DATE: <u>December 21, 2005</u>

\*    ALL INQUIRIES REGARDING THE SCHEDULING OR CALENDARING OF THIS CASE SHOULD BE DIRECTED TO THE ABOVE INDICATED CASE MANAGER.
Any request for other information or for clarification, modification, or reconsideration of this Order, or for extension of time must be made in the form of a motion. *See* FED. R. CIV. P. 7(b)(1); D. Ak. LR 7.1(j) & 59(b). No one should telephone, fax, or write to chambers regarding pending cases. The Judge's secretary and law clerks are not permitted to discuss any aspect of this case, provide any information, or communicate with any person, including litigants, lawyers, witnesses, and the general public regarding pending cases.

J04-0018--CV (JKS)         pm  12/22/05

✓ J. SHINE
✓ S. BLOCK

27