James M. Shine, Sr.
Attorney at Law
15904 Glacier Highway
Juneau, Alaska 99801
Telephone: (907) 789-6166
Fax: (907) 789-2905
E-mail: jmspc1@alaska.net

RECEIVED

JAN 2 3 2006

CLERK, U.S. DISTRICT COURT
JUNEAU, ALASKA

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA
AT JUNEAU

| | |
|---|---|
| R. SHELTON WHITE, KENNETH LEE BERTINO, and LA MAGIA DEL MAR, LLC, A CALIFORNIA LLC<br>    Plaintiffs,<br><br>vs.<br><br>GREGORY JOHN CUSHING INDIVIDUALLY and dba COASTAL CHARTERS and DEBRA L. CUSHING,<br>    Defendants. | Case No. J-04-018 CV (JKS)<br><br>NOTICE OF REMAND OF CASE PURSUANT TO U.S. BANKRUPTCY COURT ORDER |

## NOTICE OF REMAND OF CASE PURSUANT TO
## U.S. BANKRUPTCY COURT ORDER

COME NOW the Plaintiffs, R. SHELTON WHITE, KENNETH LEE BERTINO, and LA MAGIA DEL MAR, LLC, A CALIFORNIA LLC, by and through their attorney, James M. Shine, Sr. of James M. Shine, P.C., and hereby respond to the Court's order from chambers dated December 21, 2005.

Subsequent to the parties' in this U.S. District Court action filing their status report with the Court, the U.S. Bankruptcy Court for the District of Alaska in Case No. J05-00902-DMD (a Chapter 13 plan), the Plaintiffs therein, R. SHELTON WHITE, KENNETH LEE BERTINO, and LA MAGIA DEL MAR, LLC, A CALIFORNIA LLC, filed a Motion for Relief from Stay with the U.S. Bankruptcy Court to pursue this U.S. District Court action or, in the alternative, to transfer or remand this U.S. District Court action to the U.S. Bankruptcy Court as an adversary proceeding to be adjudicated by the U.S. Bankruptcy Court here in Alaska. Following a hearing held before the Court on November 15, 2005, a "Order Regarding Motion for Relief from Stay" was issued by U.S. Bankruptcy Court judge Donald MacDonald IV on November 17, 2005 ordering that this U.S. District Court case, Case No. J-04-018 CV (JKS) be remanded to the U.S. Bankruptcy Court for the State of Alaska for all further proceedings. The Plaintiffs have attached a copy of that Order for Relief from Stay for the Court's notice and information.

If further pleadings are required by the U.S. District Court in order to remand or transfer the case to the U.S. Bankruptcy Court in Case No. J05-00902-DMD, undersigned counsel remains ready and available to accomplish those tasks.

RESPECTFULLY SUBMITTED this 23rd day of January, 2006, at Juneau, Alaska.

James M. Shine, P.C.

J M Shine Sr

James M. Shine, Sr.
Attorney for the Plaintiffs
ABA #8211147

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above document was served on Steven W. Block, attorney for the Defendants, via facsimile to (206) 343-7053, and via first class mail, postage prepaid to him at Betts, Patterson & Mines, P.S., One Convention Place, Suite 1400, 701 Pike Street, Seattle, Washington 98101-3927, on this 23rd day of January, 2006.

This is to certify that a true and correct copy of the above document was also served on Daniel G. Bruce, attorney for the Debtors in the U.S. Bankruptcy Court action, via facsimile to (907) 789-1913, and via first class mail, postage prepaid to him at Baxter Bruce & Sullivan, P.O. Box 32819, Juneau, Alaska 99803, on this 23rd day of January, 2006.

DATED this 23rd day of January, 2006 at Juneau, Alaska.

_____
James M. Shine, Sr.
Attorney for Plaintiffs
ABA #8211147

JAMES M. SHINE, SR.
LAW OFFICE OF JAMES M. SHINE, P.C.
15904 Glacier Highway
Juneau, Alaska 99801
(907) 789-6166 • Fax (907) 789-2905

NOTICE OF REMAND OF CASE PURSUANT TO U.S. BANKRUPTCY COURT ORDER
Page 3 of 3

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| In re:<br><br>GREG JOHN CUSHING and DEBRA LEE CUSHING,<br><br>Debtors. | Case No. J05-00902-DMD<br>Chapter 13<br><br>Filed On<br>11/17/05 |

## ORDER REGARDING MOTION FOR RELIEF FROM STAY

White, Bertino and La Magia Del Mar, LLC's motion for relief from stay duly came before the court for hearing on November 15, 2005. Daniel Bruce appeared telephonically on behalf of the debtors. James Shine appeared on behalf of White, Bertino and La Magia Del Mar, LLC. After hearing the stipulation of the parties in open court, IT IS ORDERED:

1. The parties shall stipulate to the remand of Case No. J04-018 CV (JKS), *R. Shelton White, Kenneth Lee Bertino, and La Magia Del Mar, LLC, A California LLC, Plaintiffs vs. Gregory John Cushing Individually and dba Coastal Charters and Debra L. Cushing, Defendants*, from the district court to this court for all further proceedings.

    a. Plaintiffs White, Bertino and La Magia withdraw their demand for a jury trial and debtors waive any possible right to a jury trial in the adversary action.

    b. The automatic stay will be terminated to allow this court to liquidate the amount of plaintiffs' claims and determine the dischargeability of such debts as fraudulent within the meaning of 11 U.S.C. § 523(a)(2)(A).

31

2. Debtors' counsel will complete the filing of all bankruptcy documents by **November 30, 2005.**

3. The debtors shall appear telephonically at their December 7, 2005 continued § 341 meeting.

DATED: November 17, 2005.

BY THE COURT

/s/ Donald MacDonald IV
Donald MacDonald IV
United States Bankruptcy Judge

Serve:    D. Bruce, Esq.
J. Shine, Esq.
L. Compton, Trustee
U. S. Trustee

11/17/05

2