## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

<u>  SHELTON R. WHITE, et al.  </u>   v.   <u>  GREGORY J. CUSHING, et al.  </u>

THE HONORABLE TIMOTHY M. BURGESS

DEPUTY CLERK                                            CASE NO. <u> 1:04-cv-00018-TMB </u>

<u> Patty Demeter  </u>

<u>PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**    DATE: January 25, 2006</u>

      Plaintiffs request that his Court transfer or remand this matter to the Bankruptcy Court.  On November 17, 2005, the Bankruptcy Court issued an Order requiring the parties to stipulation that remand.  Docket 28.  The parties have not submitted a stipulation. Upon the filing of a stipulation by all parties, this matter will be remanded to the Bankruptcy Court.

[]{IA.WPD*Rev.12/96}