James M. Shine, Sr.
Attorney at Law
15904 Glacier Highway
Juneau, Alaska 99801
Telephone: (907) 789-6166
Fax: (907) 789-2905
E-mail: jmspc1@alaska.net

RECEIVED

JAN 3 1 2006

CLERK, U.S. DISTRICT COURT
JUNEAU, ALASKA

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA
AT JUNEAU

| | |
|---|---|
| R. SHELTON WHITE, KENNETH LEE BERTINO, and LA MAGIA DEL MAR, LLC, A CALIFORNIA LLC<br>Plaintiffs,<br><br>vs.<br><br>GREGORY JOHN CUSHING INDIVIDUALLY and dba COASTAL CHARTERS and DEBRA L. CUSHING,<br>Defendants. | Case No. J-04-018 CV (JKS)<br><br>NOTICE OF REMAND OF CASE PURSUANT TO U.S. BANKRUPTCY COURT ORDER |

**STIPULATION TO REMAND U.S. DISTRICT COURT CASE TO THE U.S. BANKRUPTCY COURT FOR THE DISTRICT OF ALASKA**

COME NOW all parties, by and through their respective counsel, all Plaintiffs by and through James M. Shine, Sr. of James M. Shine, P.C. and all Defendants by and through Steven W. Block Betts of Patterson & Mines, P.S. and hereby stipulate that the above-captioned U.S. District Court action shall be transferred to the U.S. Bankruptcy Court for the District of Alaska bearing Case

No. J05-00902-DMD, a Chapter 13 bankruptcy for GREGORY JOHN CUSHING and DEBRA L. CUSHING. Pursuant to this Court's minute order from chambers dated January 25, 2006, undersigned counsels hereby stipulate and agree that this pending U.S. District Court action be so transferred pursuant to the order of the U.S. Bankruptcy Court for the District of Alaska, dated November 17, 2005.

RESPECTFULLY SUBMITTED this 30 day of January, 2006, at Juneau, Alaska.

Betts, Patterson & Mines, P.S.

_____
Steven W. Block
Attorney for the Plaintiffs
WBA #9504008

James M. Shine, P.C.

_____
James M. Shine, Sr.
Attorney for the Plaintiffs
ABA #8211147

### ORDER

IT IS SO ORDERED that the above-referenced U.S. District Court action be transferred to the U.S. Bankruptcy Court for the District of Alaska.

_____
Judge Timothy M. Burgess

No. J05-00902-DMD, a Chapter 13 bankruptcy for GREGORY JOHN CUSHING and DEBRA L. CUSHING. Pursuant to this Court's minute order from chambers dated January 25, 2006, undersigned counsels hereby stipulate and agree that this pending U.S. District Court action be so transferred pursuant to the order of the U.S. Bankruptcy Court for the District of Alaska, dated November 17, 2005.

RESPECTFULLY SUBMITTED this 30th day of January, 2006, at Juneau, Alaska.

Betts, Patterson & Mines, P.S.                James M. Shine, P.C.

_____                   _/s/ JM Shine Sr._____
Steven W. Block                              James M. Shine, Sr.
Attorney for the Plaintiffs                  Attorney for the Plaintiffs
WBA #9504008                                 ABA #8211147

## ORDER

IT IS SO ORDERED that the above-referenced U.S. District Court action be transferred to the U.S. Bankruptcy Court for the District of Alaska.

_____
Judge Timothy M. Burgess

STIPULATION TO REMAND U.S. DISTRICT COURT CASE TO THE U.S. BANKRUPTCY COURT FOR THE DISTRICT OF ALASKA
Page 2 of 2

JAMES M. SHINE, SR.
LAW OFFICE OF JAMES M. SHINE, P.C.
15904 Glacier Highway
Juneau, Alaska 99801
(907) 789-6166 • Fax (907) 789-2905